

| | THE CITY OF NEW YORK | |
|---|---|---|
| **ZACHARY W. CARTER** <br> *Corporation Counsel* | **LAW DEPARTMENT** <br> 100 CHURCH STREET <br> NEW YORK, NY 10007 | **JOSEPH ZANGRILLI** <br> *Assistant Corporation Counsel* <br> Phone: (212) 356-2657 <br> Fax: (212) 356-3509 <br> jzangril@law.nyc.gov |

September 29, 2017

**BY ECF and EMAIL**
Honorable Richard Sullivan
United States District Judge
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

Re:   Abigail Ramos v. City of New York, et al., 16-CV-7578 (RJS)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the above-referenced matter. Defendants write, with consent of Plaintiff's counsel Conway Martindale II, Esq., to respectfully inform the Court that the parties have agreed to settle this matter without further litigation. Once the necessary paperwork is completed, Defendant City will forward the fully executed Stipulation and Order of Dismissal for the Court's endorsement.

Accordingly, in light of the settlement agreement, the parties respectfully request that the Court adjourn, *sine die*, all currently scheduled deadlines and appearances, including the trial, which is currently scheduled for October 30, 2017.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/

Joseph Zangrilli
Assistant Corporation Counsel

cc:   Conway Martindale II, Esq. (ECF)