USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/17

Sullivan, R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ABIGAIL RAMOS,

                                    Plaintiff,    **STIPULATION AND ORDER OF DISMISSAL**

              -against-                              16 Civ. 7578 (RJS)

THE CITY OF NEW YORK,
NEW YORK POLICE DEPARTMENT,
POLICE OFFICER CASTALDO (SHIELD #8577),

                                    Defendants.
------------------------------------------------------------------- x

       **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
October 3, 2017

MARTINDALE & ASSOCIATES, PLLC
*Attorneys for Plaintiff*
380 Lexington Avenue, 17th Floor
New York, New York 10168
(212) 405-2233

By: _____
Conway C. Martindale II
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,
  New York City Police Department and
  Officer Castaldo*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Joseph Zangrilli
Assistant Corporation Counsel

SO ORDERED:

_____
HON. RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

Dated: **Oct. 20**, 2017